

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00591-CV

**In re Consert LLC**, Christopher Baker, James Kerr, Frank McCamant, and Stephens Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On August 21, 2018, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than September 7, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' Unopposed Emergency Motion to Stay the Trial Court's Order Compelling the Production of Certain Documents pending final resolution of the petition for writ of mandamus is GRANTED.[2] The trial court's August 9, 2018 "Order Partially Granting Plaintiff's Motion to Compel Discovery From Defendants (April 27, 2018)" is STAYED pending final resolution of the petition for writ of mandamus.

Relators' Unopposed Motion to File Certain Mandamus Record Documents Under Seal is GRANTED.

Relators' Unopposed Motion to Submit Mandamus Documents Reviewed *In Camera* Under Seal is GRANTED.

---

[1] This proceeding arises out of Cause No. 2017-CI-05787, styled *James E. Bennett, et al. v. Roy J. Moore, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.

[2] In their motion to stay, relators request a temporary stay of the trial court's order compelling production of "9 unique privileged documents." Relators do not identify the documents by title, bates number, or otherwise. The real parties in interest did not oppose the motion to stay.

It is so **ORDERED** on August 22, 2018.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court